JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENSTEIN,<br><br>              Plaintiff,<br><br>      vs.<br><br>THE COCA-COLA COMPANY, a corporation,<br><br>              Defendant. | Case No.: 2:19-cv-06989-AB-KS<br><br>**ORDER GRANTING DEFENDANT THE COCA-COLA COMPANY'S MOTION TO DISMISS**<br><br><br>Complaint Deemed Served: August 16, 2019<br><br>Honorable André Birotte, Jr. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] **ORDER GRANTING DEFENDANT THE COCA-COLA COMPANY'S MOTION TO DISMISS**

# ORDER

After consideration of Defendant The Coca-Cola Company's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and under Fed. R. Civ. P. 12(b)(6) of the for failure to state a claim (Dkt. No. 16), Plaintiff pro se David Greenstein's Opposition by Declaration (Dkt. No. 22), and Defendant's Reply (Dkt. no. 23), it is hereby **ORDERED**:

1. The Motion is **GRANTED** both as unopposed and on its merits. Plaintiff's Opposition by Declaration does not meaningfully dispute most of the grounds of the motion. Most critically, Plaintiff does not dispute Defendant's showing that the Court lacks subject matter jurisdiction over this action: the Complaint asserts diversity jurisdiction, but this is an individual action for $1.00, not a class action, and although Plaintiff seeks injunctive relief, he makes no effort to quantify what that would cost. Accordingly, the $75,0000 amount in controversy is not satisfied. By failing to rebut Defendant's facially meritorious jurisdictional challenge, Plaintiff concedes its merit. The Court therefore finds that it lacks subject matter jurisdiction over this case. Accordingly, it will not address Defendant's remaining arguments.

2. Plaintiff's Complaint is dismissed in its entirety without leave to amend.

**IT IS SO ORDERED:**

Dated: 1/29/2020

_____
Honorable Judge André Birotte, Jr.

**ORDER GRANTING DEFENDANT THE COCA-COLA COMPANY'S MOTION TO DISMISS**